IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| ANDREA R. BROWN,<br>    Plaintiff, | Case No. 4:09-CV-188WRW |
| v. | |
| OCWEN LOAN SERVICING, LLC, AND ITS SUCCESSORS AND ASSIGNS, | |
| DLJ MORTGAGE CAPITOL, INC., AND ITS SUCCESSORS AND ASSIGNS, | |
| SELECT PORTFOLIO SERVICING, INC., | |
| CREDIT SUISSE – (USA), INC., AND ITS SUCCESSORS AND ASSIGNS,<br>    Defendants. | |

## ORDER OF DISMISSAL WITH PREJUDICE

Now on this day came on for hearing the Motion to Dismiss With Prejudice, and from the Motion to Dismiss With Prejudice, statements of counsel, and all other matters before the Court, the Court doth order that this action shall be, and hereby is dismissed with prejudice. Each party shall pay its own costs incurred herein.

_____
UNITED STATES DISTRICT JUDGE

DATE: 5/19/2009

Approved:
Ocwen Loan Servicing, LLC
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
Phone: 501-688-8800
Fax: 501-688-8807

_____
Donald H. Henry (Ark. Bar No. 75058)

Andrea R. Brown
Garry J. Corrothers
Attorney at Law
221 W. 2nd, Ste. 601A
Little Rock, AR 72201

_____
Garry J. Corrothers

DLJ Mortgage Capitol, Inc.
Select Portfolio Servicing, Inc.
Credit Suisse – (USA), Inc.
McMILLAN, McCORKLE,
CURRY & BENNINGTON, LLP
P.O. Box 607
Arkadelphia, AR 71923


_____
Ed McCorkle


1324865.1

Approved:
Ocwen Loan Servicing, LLC
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
Phone: 501-688-8800
Fax: 501-688-8807

---

Donald H. Henry (Ark. Bar No. 75058)

Andrea R. Brown
Garry J. Corrothers
Attorney at Law
221 W. 2nd, Ste. 601A
Little Rock, AR 72201

---

Garry J. Corrothers

DLJ Mortgage Capitol, Inc.
Select Portfolio Servicing, Inc.
Credit Suisse – (USA), Inc.
McMILLAN, McCORKLE,
CURRY & BENNINGTON, LLP
P.O. Box 607
Arkadelphia, AR 71923

---

Ed McCorkle

1324865.1

2